# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| Shawn R. Wright, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-4098-CV-C-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion for Approval of Application For Attorney Fees Under the Equal Access to Justice Act,* filed November 11, 2014 [Doc. 20]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion for Approval of Application For Attorneys' Fees Pursuant to The Equal Access to Justice Act,* filed November 11, 2014 [Doc. 20] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $1,634.09.


*/s/ John T. Maughmer*
**John T. Maughmer**
**United States Magistrate Judge**